

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIA DE JESUS ARENAS AND MARIA LUISA ARENAS, | § | No. 08-23-00099-CV |
| | § | Appeal from the |
| Appellants, | § | 168th Judicial District Court |
| v. | § | of El Paso County, Texas |
| UNIVERSITY OF TEXAS AT EL PASO, | § | (TC# 2020DCV0859) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF MAY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, J.J.